# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| GIDEON, RUTH G | § | Case No. 11-01326 |
| GIDEON, LEO M | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/14/2013 in Courtroom 680,

United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/01/2013 _____     By: /s/ Barry A. Chatz, Trustee _____
                                                Barry A. Chatz, Trustee

*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-01326-JPC
Ruth G Gideon                                                             Chapter 7
Leo M Gideon
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1        Page 1 of 3          Date Rcvd: Feb 11, 2013
                             Form ID: pdf006         Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 13, 2013.
db/jdb     +Ruth G Gideon,   Leo M Gideon,   1308 Elmwood Ave.,   Evanston, IL 60201-4306
16670780    AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
16670781    Airtran-Barclay Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
16670782    American Express,   Box 0001,   Los Angeles, CA 90096-8000
17941359    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16670784   +Bank of America,   PO Box 26078,   Greensboro, NC 27420-6078
16670787    Capitol One,   PO Box 6492,   Carol Stream, IL 60197-6492
16670788   +Charter One Bank Overdraft,   Line of Credit,   PO Box 7000,   Providence, RI 02940-7000
16670789   +Chase,   PO Box 5519,   Wilmington, DE 19850-5519
17791186    Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16670791    Chase Overdraft Acct.,   PO Box 15153,   Wilmington, DE 19886-5153
16670792    Citi AAdvantage,   PO Box 688901,   Des Moines, IA 50368-8901
16670794    DEX One - Consumer Yellow Pages,   200 E Randolph St # 6800,   Chicago, IL 60601-6812
17758688    FIA CARD SERVICES, N.A.,   Bank of America, N.A. (USA),   MBNA America Bank, N.A.,
            P.O. Box 15102,   Wilmington, DE 19886-5102
16670798   +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
            Houston, TX 77081-1108
16670799   +Global Credit & Collection Corp.,   P.O. Box 101928, Dept. 2417,   Birmingham, AL 35210-6928
16670800   +Henry Schein Account,   135 Duryee Rd.,   Melville, NY 11747-3834
16670802   +Michael D. Fine,   131 S. Dearborn,   Chicago, IL 60603-5571
16670803   +Mick S. Meiselman, M.D.,   506 Green Bay Road,   Kenilworth, IL 60043-1002
16670804   +Pain Care Specialists, LLC,   PO Box 809115,   Chicago, IL 60680-9115
16670805    Reliable Anesthesia Services LLC,   PO Box 843804,   Kansas City, MO 64184-3804
16670808   +Van Ru Credit Corporation,   1135 E. Touhy Ave., #100E,   Des Plaines, IL 60018
16670809   +Vandana Jain, M.D.,   4905 Old Orchard Center,   Skokie, IL 60077-1458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16670780    E-mail/Text: bkr@cardworks.com Feb 12 2013 02:30:40   Advanta Bank Corp.,   PO Box 8088,
            Philadelphia, PA 19101-8088
16670786   +E-mail/Text: cms-bk@cms-collect.com Feb 12 2013 02:52:48   Capital Management Services, LP,
            726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
16670793   +E-mail/Text: lbankruptcy@cookcountytreasurer.com Feb 12 2013 03:17:43   Cook County Treasurer,
            118 N. Clark,   Suite 112,   Chicago, IL 60602-1590
17731707    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2013 02:33:08   Discover Bank,
            DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16670795    E-mail/PDF: mrdiscen@discoverfinancial.com Feb 12 2013 02:33:08   Discover Card,
            P.O. Box 6103,   Carol Stream, IL 60197-6103
16670796    E-mail/Text: bknotice@erccollections.com Feb 12 2013 03:13:07   Enhanced Recovery Corp.,
            8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
16670801    E-mail/Text: cio.bncmail@irs.gov Feb 12 2013 02:19:49   Internal Revenue Service,
            Cincinnati, OH 45999-0025
16670806    E-mail/PDF: pa_dc_claims@salliemae.com Feb 12 2013 03:03:34   Sallie Mae,   PO Box 9500,
            Wilkes Barre, PA 18773-9500
17859352   +E-mail/PDF: pa_dc_claims@salliemae.com Feb 12 2013 03:01:11   Sallie Mae,   c/o Sallie Mae Inc.,
            220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
16670807    E-mail/PDF: pa_dc_claims@salliemae.com Feb 12 2013 03:03:32   Sallie Mae Servicing,
            P.O. Box 9500,   Wilkes Barre, PA 18773-9500
                                                                          TOTAL: 10


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16670790*   Chase,   PO Box 5519,   Wilmington, DE 19850-5519
16670785    ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
16670797    ##FIA Credit Card Service,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                          TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: cmendoza1          Page 2 of 3          Date Rcvd: Feb 11, 2013
                             Form ID: pdf006            Total Noticed: 33

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 13, 2013**                    **Signature:**

```
District/off: 0752-1          User: cmendoza1          Page 3 of 3          Date Rcvd: Feb 11, 2013
                             Form ID: pdf006           Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2013 at the address(es) listed below:
```
             Barry A Chatz    bachatz@arnstein.com,
              bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
             Eugene  Crane    on behalf of Joint Debtor Leo M Gideon ecrane@craneheyman.com,
              jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
             Eugene  Crane    on behalf of Debtor Ruth G Gideon ecrane@craneheyman.com,
              jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
             Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
              jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
             Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
```
                                                                              TOTAL: 5