UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| GIDEON, RUTH G | § | Case No. 11-01326 |
| GIDEON, LEO M | § | |
| | § | |
| Debtor(s) | § | |

AMENDED NOTICE OF FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BARRY A. CHATZ, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
KENNETH S. GARDNER
CLERK OF THE COURT

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 03/14/2013 in Courtroom 680,
United States Courthouse
219 South Dearborn Street
Chicago, Illinois 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/11/2013          By: /s/ Barry A. Chatz, Trustee
                                         Barry A. Chatz, Trustee


*BARRY A. CHATZ*
*120 S. RIVERSIDE PLAZA*
*SUITE 1200*
*CHICAGO, IL 60606-0000*

UST Form 101-7-NFR (5/1/2011) (Page: 1)

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-01326-JPC
Ruth G Gideon                                                           Chapter 7
Leo M Gideon
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cmendoza1           Page 1 of 3           Date Rcvd: Feb 12, 2013
                              Form ID: pdf006           Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 14, 2013.
db/jdb       +Ruth G Gideon,   Leo M Gideon,   1308 Elmwood Ave.,   Evanston, IL 60201-4306
16670783      AT&T Universal Card,   Processing Center,   Des Moines, IA 50363-0001
16670781      Airtran-Barclay Bank,   PO Box 13337,   Philadelphia, PA 19101-3337
16670782      American Express,   Box 0001,   Los Angeles, CA 90096-8000
17941359      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16670784     +Bank of America,   PO Box 26078,   Greensboro, NC 27420-6078
16670787      Capitol One,   PO Box 6492,   Carol Stream, IL 60197-6492
16670788     +Charter One Bank Overdraft,   Line of Credit,   PO Box 7000,   Providence, RI 02940-7000
16670789     +Chase,   PO Box 15519,   Wilmington, DE 19850-5519
17791186      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16670791      Chase Overdraft Acct.,   PO Box 15153,   Wilmington, DE 19886-5153
16670792      Citi AAdvantage,   PO Box 688901,   Des Moines, IA 50368-8901
16670794      DEX One - Consumer Yellow Pages,   200 E Randolph St # 6800,   Chicago, IL 60601-6812
17758688      FIA CARD SERVICES, N.A.,   Bank of America, N.A. (USA),   MBNA America Bank, N.A.,
               P.O. Box 15102,   Wilmington, DE 19886-5102
16670798     +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
               Houston, TX 77081-1108
16670799     +Global Credit & Collection Corp.,   P.O. Box 101928, Dept. 2417,   Birmingham, AL 35210-6928
16670800     +Henry Schein Account,   135 Duryee Rd.,   Melville, NY 11747-3834
16670802     +Michael D. Fine,   131 S. Dearborn,   Chicago, IL 60603-5571
16670803     +Mick S. Meiselman, M.D.,   506 Green Bay Road,   Kenilworth, IL 60043-1002
16670804     +Pain Care Specialists, LLC,   PO Box 809115,   Chicago, IL 60680-9115
16670805      Reliable Anesthesia Services LLC,   PO Box 843804,   Kansas City, MO 64184-3804
16670808     +Van Ru Credit Corporation,   1135 E. Touhy Ave., #100E,   Des Plaines, IL 60018
16670809     +Vandana Jain, M.D.,   4905 Old Orchard Center,   Skokie, IL 60077-1458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16670780      E-mail/Text: bkr@cardworks.com Feb 13 2013 02:53:10     Advanta Bank Corp.,   PO Box 8088,
               Philadelphia, PA 19101-8088
16670786     +E-mail/Text: cms-bk@cms-collect.com Feb 13 2013 02:53:51     Capital Management Services, LP,
               726 Exchange Street,   Suite 700,   Buffalo, NY 14210-1464
16670793     +E-mail/Text: lbankruptcy@cookcountytreasurer.com Feb 13 2013 02:55:54     Cook County Treasurer,
               118 N. Clark,   Suite 112,   Chicago, IL 60602-1590
17731707      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2013 03:01:10     Discover Bank,
               DB Servicing Corporation,   PO Box 3025,   New Albany, OH 43054-3025
16670795      E-mail/PDF: mrdiscen@discoverfinancial.com Feb 13 2013 03:01:10     Discover Card,
               P.O. Box 6103,   Carol Stream, IL 60197-6103
16670796      E-mail/Text: bknotice@erccollections.com Feb 13 2013 02:54:57     Enhanced Recovery Corp.,
               8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
16670801      E-mail/Text: cio.bncmail@irs.gov Feb 13 2013 02:50:30     Internal Revenue Service,
               Cincinnati, OH 45999-0025
16670806      E-mail/PDF: pa_dc_claims@salliemae.com Feb 13 2013 03:00:42     Sallie Mae,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
17859352     +E-mail/PDF: pa_dc_claims@salliemae.com Feb 13 2013 03:02:10     Sallie Mae,   c/o Sallie Mae Inc.,
               220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
16670807      E-mail/PDF: pa_dc_claims@salliemae.com Feb 13 2013 03:00:43     Sallie Mae Servicing,
               P.O. Box 9500,   Wilkes Barre, PA 18773-9500
                                                                                              TOTAL: 10

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16670790*     Chase,   PO Box 15519,   Wilmington, DE 19850-5519
16670785     ##Bank of America,   PO Box 15026,   Wilmington, DE 19850-5026
16670797     ##FIA Credit Card Service,   PO Box 15026,   Wilmington, DE 19850-5026
                                                                                   TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: cmendoza1              Page 2 of 3                 Date Rcvd: Feb 12, 2013
                              Form ID: pdf006              Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 14, 2013**                    **Signature:**   /s/ Joseph Speetjens

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3                  Date Rcvd: Feb 12, 2013
                              Form ID: pdf006              Total Noticed: 33
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 11, 2013 at the address(es) listed below:
         Barry A Chatz    bachatz@arnstein.com,
         bchatz@ecf.epiqsystems.com;jbmedziak@arnstein.com;blsutton@arnstein.com;irsiabc@aol.com
         Eugene   Crane    on behalf of Joint Debtor Leo M Gideon ecrane@craneheyman.com,
         jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
         Eugene   Crane    on behalf of Debtor Ruth G Gideon ecrane@craneheyman.com,
         jmunoz@craneheyman.com;dkobrynski@craneheyman.com;gheyman@craneheyman.com
         Gina B Krol, ESQ    on behalf of Trustee Barry A Chatz gkrol@cohenandkrol.com,
         jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         TOTAL: 5