UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
GIDEON, RUTH G                      §   Case No. 11-01326
GIDEON, LEO M                       §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BARRY A. CHATZ, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $         (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:  CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on            . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/BARRY A. CHATZ_____
                                                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| LEO GIDEON |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 26078 Greensboro, NC 27420 |  |  |  |  |  |
| 000010 | SALLIE MAE |  |  |  |  |  |
| 000001 | COOK COUNTY TREASURER |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BARRY A. CHATZ | | | | | |
| BARRY A. CHATZ | | | | | |
| GINA B. KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Cook County Treasurer 118 N. Clark Suite 112 Chicago, IL 60602 | | | | | |
| | Internal Revenue Service Cincinnati, OH 45999-0025 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Universal Card Processing Center Des Moines, IA 50363-0001 | | | | | |
| | Advanta Bank Corp. PO Box 8088 Philadelphia, PA 19101-8088 | | | | | |
| | Airtran-Barclay Bank PO Box 13337 Philadelphia, PA 19101-3337 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Bank of America PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | Capital Management Services, LP 726 Exchange Street Suite 700 Buffalo, NY 14210 | | | | | |
| | Capitol One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Capitol One PO Box 6492 Carol Stream, IL 60197-6492 | | | | | |
| | Charter One Bank Overdraft Line of Credit PO Box 7000 Providence, RI 02940 | | | | | |
| | Chase Overdraft Acct. PO Box 15153 Wilmington, DE 19886-5153 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase PO Box 15519 Wilmington, DE 19850-1551 | | | | | |
| | Chase PO Box 15519 Wilmington, DE 19850-5519 | | | | | |
| | Citi AAdvantage PO Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | DEX One - Consumer Yellow Pages 200 E Randolph St # 6800 Chicago, IL 60601-6812 | | | | | |
| | Discover Card P.O. Box 6103 Carol Stream, IL 60197-6103 | | | | | |
| | Enhanced Recovery Corp. 8014 Bayberry Rd. Jacksonville, FL 32256-7412 | | | | | |
| | FIA Credit Card Service PO Box 15026 Wilmington, DE 19850-5026 | | | | | |
| | GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Global Credit & Collection Corp. P.O. Box 101928, Dept. 2417 Birmingham, AL 35210 | | | | | |
| | Henry Schein Account 135 Duryee Rd. Melville, NY 11747-3824 | | | | | |
| | Mick S. Meiselman, M.D. 506 Green Bay Road Kenilworth, IL 60043 | | | | | |
| | Pain Care Specialists, LLC PO Box 809115 Chicago, IL 60680 | | | | | |
| | Reliable Anesthesia Services LLC PO Box 843804 Kansas City, MO 64184-3804 | | | | | |
| | Sallie Mae PO Box 9500 Wilkes Barre, PA 18773-9500 | | | | | |
| | Sallie Mae Servicing P.O. Box 9500 Wilkes Barre, PA 18773-9500 | | | | | |
| | Van Ru Credit Corporation 1135 E. Touhy Ave., #100E Des Plaines, IL 60018-3307 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vandana Jain, M.D. 4905 Old Orchard Center Skokie, IL 60077 | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | CHASE BANK USA, N.A. | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000009 | CHASE BANK USA, N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | FIA CARD SERVICES, N.A. | | | | | |
| 000004 | FIA CARD SERVICES, N.A. | | | | | |
| 000005 | FIA CARD SERVICES, N.A. | | | | | |
| 000006 | HENRY SCHEIN ACCOUNT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 11-01326 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | GIDEON, RUTH G | | | Date Filed (f) or Converted (c): | 01/13/11 (f) |
| | GIDEON, LEO M | | | 341(a) Meeting Date: | 02/25/11 |
| For Period Ending: | 08/24/13 | | | Claims Bar Date: | 11/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1308 Elmwood Ave., Evanston, Illinois. Petitioners | 350,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 5.00 | 5.00 | | 0.00 | FA |
| 3. Financial Accounts | 0.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Books / Collectibles | 50.00 | 0.00 | | 0.00 | FA |
| 6. Books / Collectibles | 100.00 | 0.00 | | 0.00 | FA |
| 7. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 8. Furs and Jewelry | 100.00 | 0.00 | | 0.00 | FA |
| 9. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 10. Insurance Policies | 7,516.34 | 0.00 | | 0.00 | FA |
| 11. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 12. Insurance Policies | 0.00 | 0.00 | | 0.00 | FA |
| 13. Pension / Profit Sharing | 0.00 | 0.00 | | 0.00 | FA |
| 14. Pension / Profit Sharing | 20,000.00 | 0.00 | | 0.00 | FA |
| 15. Pension / Profit Sharing | 208.00 | 0.00 | | 0.00 | FA |
| 16. Negotiable Instruments | 1,100.00 | 0.00 | | 0.00 | FA |
| 17. Accounts Receivable | 0.00 | 0.00 | | 0.00 | FA |
| 18. General Intangibles | 0.00 | 0.00 | | 0.00 | FA |
| 19. Vehicles | 2,000.00 | 0.00 | | 0.00 | FA |
| 20. Vehicles | 0.00 | 0.00 | | 0.00 | FA |
| 21. Animals | 0.00 | 0.00 | | 0.00 | FA |
| 22. INHERITANCE (u) ACQUIRED POSTPETITION AS A RESULT OF DEATH OF RUTH GIDEON'S STEPMOTHER, DOROTHY GRANDELL | 0.00 | 14,250.00 | | 14,250.00 | FA |

Gross Value of Remaining Assets

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 11-01326 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|---|
| Case Name: | GIDEON, RUTH G | | | Date Filed (f) or Converted (c): | 01/13/11 (f) |
| | GIDEON, LEO M | | | 341(a) Meeting Date: | 02/25/11 |
| | | | | Claims Bar Date: | 11/28/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $383,079.34 | $14,255.00 | | $14,250.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR HEARD AND DISTRIBUTION MADE 3/14/13; WAITING FOR ALL CHECKS TO CLEAR TO SUBMIT TDR; FINAL DECREE EXPECTED BY 6/30/13.

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 03/14/13

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-01326 | |
| Case Name: | GIDEON, RUTH G | |
| | GIDEON, LEO M | |
| Taxpayer ID No: | *******7139 | |
| For Period Ending: | 08/24/13 | |

| | | |
|---|---|---|
| Trustee Name: | BARRY A. CHATZ | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******7045  Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/12 | 10, 22 | DOROTHY GANDELL 1207 COUNTY ROAD 1600 E EUREKA, IL 61530 | INHERITANCE | 1290-000 | 20,000.00 | | 20,000.00 |
| 10/05/12 | 003001 | LEO GIDEON | DEBTOR EXEMPTIONS PURSUANT TO DEBTOR'S EXEMPTION LISTED ON SCHEDULE C | 8100-000 | | 5,750.00 | 14,250.00 |
| 02/19/13 | | Trsf To BANK OF NEW YORK MELLON | FINAL TRANSFER | 9999-000 | | 14,250.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 20,000.00 | 20,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 14,250.00 | |
| Subtotal | 20,000.00 | 5,750.00 | |
| Less: Payments to Debtors | | 5,750.00 | |
| Net | 20,000.00 | 0.00 | |

Page Subtotals        20,000.00        20,000.00

Ver: 17.02g

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 11-01326 | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|
| Case Name: | GIDEON, RUTH G | Bank Name: | BANK OF NEW YORK MELLON |
|  | GIDEON, LEO M | Account Number / CD #: | *******9184 Checking Account |
| Taxpayer ID No: | *******7139 | | |
| For Period Ending: | 08/24/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/19/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 14,250.00 | | 14,250.00 |
| 03/14/13 | 300001 | BARRY A. CHATZ<br>120 S. RIVERSIDE PLAZA<br>SUITE 1200<br>CHICAGO, IL 60606 | Chapter 7 Compensation/Expense | | | 2,210.58 | 12,039.42 |
| | | | Fees         2,175.00 | 2100-000 | | | |
| | | | Expenses        35.58 | 2200-000 | | | |
| 03/14/13 | 300002 | GINA B. KROL<br>COHEN & KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602 | ATTORNEY FOR TRUSTEE | 3210-000 | | 2,937.00 | 9,102.42 |
| 03/14/13 | 300003 | DISCOVER BANK<br>DB SERVICING CORPORATION<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Claim 000002, Payment 7.44% | 7100-000 | | 824.61 | 8,277.81 |
| 03/14/13 | 300004 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA, N.A. (USA)<br>MBNA AMERICA BANK, N.A.<br>P.O. BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000003, Payment 7.44%<br>(3-1) MODIFIED TO CORRECT<br>CREDITOR'S NAME. (MODIFIED ON 9/6/11) | 7100-000 | | 620.09 | 7,657.72 |
| 03/14/13 | 300005 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA, N.A. (USA)<br>MBNA AMERICA BANK, N.A.<br>P.O. BOX 15102<br>WILMINGTON, DE 19886-5102 | Claim 000004, Payment 7.44% | 7100-000 | | 3,567.27 | 4,090.45 |
| 03/14/13 | 300006 | FIA CARD SERVICES, N.A.<br>BANK OF AMERICA, N.A. (USA)<br>MBNA AMERICA BANK, N.A. | Claim 000005, Payment 7.44% | 7100-000 | | 210.63 | 3,879.82 |

Page Subtotals    14,250.00    10,370.18

Ver: 17.02g

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 13)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-01326 | | Trustee Name: | BARRY A. CHATZ |
| Case Name: | GIDEON, RUTH G | | Bank Name: | BANK OF NEW YORK MELLON |
| | GIDEON, LEO M | | Account Number / CD #: | *******9184  Checking Account |
| Taxpayer ID No: | *******7139 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/14/13 | 300007 | P.O. BOX 15102<br>WILMINGTON, DE 19886-5102<br>HENRY SCHEIN ACCOUNT<br>135 DURYEE RD.<br>MELVILLE, NY 11747-3824 | Claim 000006, Payment 7.43% | 7100-000 | | 46.94 | 3,832.88 |
| 03/14/13 | 300008 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000007, Payment 7.44% | 7100-000 | | 1,856.01 | 1,976.87 |
| 03/14/13 | 300009 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000008, Payment 7.44% | 7100-000 | | 1,697.01 | 279.86 |
| 03/14/13 | 300010 | CHASE BANK USA, N.A.<br>PO BOX 15145<br>WILMINGTON, DE 19850-5145 | Claim 000009, Payment 7.44% | 7100-000 | | 165.68 | 114.18 |
| 03/14/13 | 300011 | AMERICAN EXPRESS CENTURION BANK<br>C O BECKET AND LEE LLP<br>POB 3001<br>MALVERN, PA 19355-0701 | Claim 000011, Payment 7.44%<br>(11-1) CREDIT CARD DEBT | 7100-000 | | 114.18 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 14,250.00 | 14,250.00 | 0.00 |
| Less: Bank Transfers/CD's | 14,250.00 | 0.00 | |
| Subtotal | 0.00 | 14,250.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 14,250.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********7045 | 20,000.00 | 0.00 | 0.00 |
| Checking Account - ********9184 | 0.00 | 14,250.00 | 0.00 |
| | 20,000.00 | 14,250.00 | 0.00 |

Page Subtotals         0.00         3,879.82

Ver: 17.02g

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-01326 | | Trustee Name: | BARRY A. CHATZ |
|---|---|---|---|---|
| Case Name: | GIDEON, RUTH G | | Bank Name: | BANK OF NEW YORK MELLON |
| | GIDEON, LEO M | | Account Number / CD #: | *******9184  Checking Account |
| Taxpayer ID No: | *******7139 | | | |
| For Period Ending: | 08/24/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | | | Page Subtotals | 0.00 | 0.00 | |

Ver: 17.02g